IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDA POPE and<br>SHELIA FREEMAN,<br><br>    Plaintiffs,<br><br>        v.<br><br>CHILDREN'S HEALTHCARE OF ATLANTA, INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>NO. 1:12-CV-01273-MHS |

## PLAINTIFFS' STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Linda Pope and Shelia Freeman, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)[1], hereby file a stipulation of dismissal with prejudice. This stipulation is signed by all parties who have appeared.

---

[1] This Rule permits a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

Case 1:12-cv-01273-MHS   Document 8   Filed 06/15/12   Page 2 of 4

**RESPECTFULLY SUBMITTED**:   June 15, 2012

| | |
|---|---|
| **MAYS & KERR LLC** | /s/ Viraj Parmar |
| 229 Peachtree Street NW | Viraj Parmar |
| International Tower \| Suite 980 | Ga. Bar No. 996884 |
| Atlanta, GA 30303 | viraj@maysandkerr.com |
| Telephone:  (404) 410-7998 | |
| Facsimile:   (877) 813-1845 | John L. Mays |
| Attorneys for Plaintiff | Ga. Bar No. 986574 |
| | john@maysandkerr.com |
| | |
| **LITTLER MENDELSON, P.C.** | /s/ Nathan J. Allen |
| 3344 Peachtree Road N.E. Suite 1500 | Angelo Spinola |
| T – 404. 233.0330 | Georgia Bar No. 672191 |
| F – 404.233.2361 | Nathan J. Allen |
| ASpinola@littler.com | Georgia Bar No. 141304 |

Attorneys for Defendant
Children's Healthcare of Atlanta
Attorneys for Defendant

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel hereby certify that ***Plaintiffs' Stipulation of Dismissal with Prejudice*** has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1C.

**THIS** 15th day of June, 2012

| | |
|---|---|
| **MAYS & KERR LLC** <br> 229 Peachtree Street NW <br> International Tower \| Suite 980 <br> Atlanta, GA 30303 <br> Telephone: (404) 410-7998 <br> Facsimile: (877) 813-1845 <br> Attorneys for Plaintiffs | /s/ Viraj Parmar <br> Viraj Parmar <br> Ga. Bar No. 996884 <br> viraj@maysandkerr.com <br><br> John L. Mays <br> Ga. Bar No. 986574 <br> john@maysandkerr.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINDA POPE and SHELIA FREEMAN, | CIVIL ACTION FILE NO. |
| Plaintiffs, | NO. 1:12-CV-01273-MHS |
| v. | |
| CHILDREN'S HEALTHCARE OF ATLANTA, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, I delivered the foregoing ***Plaintiffs' Stipulation of Dismissal with Prejudice*** to all parties of record through the electronic system of the Northern District of Georgia, Atlanta Division.

| | |
|---|---|
| **MAYS & KERR LLC** | /s/ Viraj Parmar |
| 229 Peachtree Street NW | Viraj Parmar |
| International Tower \| Suite 980 | Ga. Bar No. 996884 |
| Atlanta, GA 30303 | viraj@maysandkerr.com |
| Telephone: (404) 410-7998 | |
| Facsimile: (877) 813-1845 | John L. Mays |
| Attorneys for Plaintiffs | Ga. Bar No. 986574 |
| | john@maysandkerr.com |